**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In the Interest of A.F. aka A.N.F. v. Department of Family and
                         Protective Services

Appellate case number:   01-20-00722-CV

Trial court case number: 2018-05250J

Trial court:             313th District Court of Harris County

This case is a priority, accelerated appeal of a decree terminating the appellant's parental rights to his child, A.F. *See* TEX. R. JUD. ADMIN. 6.2(a), reprinted in TEX. GOV'T CODE, tit. 2, subtit. F—Appendix (appeal from suit terminating the parent-child relationship filed by governmental agency must be disposed by court of appeals within 180 days of the filing of notice of appeal). The notice of appeal was prematurely filed in this case on October 15, 2020, before the trial court signed the final judgment on December 4, 2020. Under Rule 6.2(a), the deadline for this Court's disposition of this appeal is June 2, 2021.

Appellant is indigent, and he is represented by appointed counsel, Angela Ellis. *See* TEX. FAM. CODE § 107.013(a)(1) (statutory right of indigent parent to appointed counsel in suit filed by governmental entity seeking termination of the parent-child relationship); *id.* § 107.016(2) (indigent parent's right to counsel continues through exhaustion of appeals).

We have granted appellant three extensions of time to file a brief, yet his counsel has not filed a brief in this court. In the order granting the third extension of time to file a brief, we acknowledged Ms. Ellis's representation that she had been ill with COVID-19, and we ordered Ms. Ellis to file a brief or inform this Court that she is unable to continue this representation by March 8, 2021. Ms. Ellis did not file a brief or inform this court that she is unable to continue representing the father in this appeal.

Accordingly, we **abate** this appeal, and we **order** the trial court to take the following actions:

(1)     The trial court will hold a show-cause hearing on the record within 10
        days of the date of this order to determine whether Ms. Ellis is able to
        continue representing the father in this appeal.

(2)     If the trial court determines that Ms. Ellis cannot or should not continue representing the father in this appeal, the court shall appoint new appellate counsel for the father.

(3)     The trial court will enter any necessary orders and issue findings of fact and conclusions of law within 3 days of the date of the show cause hearing.

In addition, we **order** the court reporter and the trial court clerk to take the following action within 5 days from the date of the show cause hearing:

(1)     The court reporter will file with this court a supplemental reporter's record of the show cause hearing.

(2)     The trial court clerk will file a supplemental clerk's record including the trial court's findings of fact and conclusions of law and any orders issued since the date of this order.

It is so ORDERED.


Judge's signature: _/s/ Peter Kelly_____
                     ☑ Acting individually    ☐ Acting for the Court


Date:   __March 16, 2021___